```
            FILED            RECEIVED
            ENTERED          SERVED ON
                         COUNSEL/PARTIES OF RECORD

               OCT 18 2011

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
         BY                      DEPUTY
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 2:11-CR-015-LDG (PAL) |
| MICHAEL ELLSWORTH, | ) |
| Defendant. | ) |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on July 12, 2011, defendant MICHAEL ELLSWORTH pled guilty to Count Four of an Eighteen Count Criminal Indictment charging him in Count Four with Distribution of Less Than 50 Kilograms of Marijuana, in violation of Title 21, United States Code, Section 841(a)(1). Docket #42, #127.

This Court finds defendant MICHAEL ELLSWORTH agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and agreed to in the Plea Memorandum. #42, #121, #123, #127.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum and the offenses to which defendant MICHAEL ELLSWORTH pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United

1  States Code, Section 2461(c); Title 18 United States Code, Section 924(2)(C) and (3)(B) and Title
2  28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(11) and Title
3  28, United States Code, Section 2461(c):

4      a.    $2,015.00 in U.S. Currency;

5      b.    $1,807.00 in U.S. Currency;

6      c.    $48,920.00 in U.S. Currency;

7      d.    a Ruger .38 cal. revolver, bearing serial number 540-48039;

8      e.    a Taurus PT709, 9mm semi-automatic handgun, bearing serial number TD082373;
9      and

10     f.    any and all ammunition ("property").

11     This Court finds the United States of America is now entitled to, and should, reduce the
12 aforementioned property to the possession of the United States of America.

13     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
14 United States of America should seize the aforementioned property.

15     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
16 MICHAEL ELLSWORTH in the aforementioned property is forfeited and is vested in the United
17 States of America and shall be safely held by the United States of America until further order of the
18 Court.

19     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
20 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
21 following publication of notice of seizure and intent to administratively forfeit the above-described
22 property.

23     DATED this _18_ day of _Oct._, 2011.

UNITED STATES DISTRICT JUDGE