# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:11-cr-00015-LDG (PAL) |
| v. | **ORDER** |
| MICHAEL RAY ELLSWORTH, | |
|     Defendant. | |

The defendant, Michael Ray Ellsworth moves for an early termination of his supervised release. In his motion, Ellsworth represents that his probation officer does not oppose the early termination of supervision. The government has not filed an opposition. Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant's Motion to Terminate Supervised Release Early (#195) is GRANTED.

DATED this 18 day of March, 2014.

_____
Lloyd D. George
United States District Judge